

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-09-00751-CV

**IN RE J.M.F., M.J.F., and L.R.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:　　Karen Angelini, Justice
　　　　　　Phylis J. Speedlin, Justice
　　　　　　Steven C. Hilbig, Justice

Delivered and Filed: December 2, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On November 23, 2009, relators filed a petition for writ of mandamus and a motion for emergency stay. The court has considered relators' petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 08-541-B, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable Rex Emerson presiding. However, the order complained of was signed by the Honorable Stephen Ables, senior judge of the Sixth Administrative Judicial Region.